```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

      v.      Criminal No. 02-50001-001

**DEAN MANGUM**                                                        **DEFENDANT**

      and

**UARK FEDERAL CREDIT UNION**                                          **GARNISHEE**

## O R D E R

Now on this 7th day of September, 2007, the Court, noting that a Writ of Continuing Garnishment was issued in this matter on August 21, 2002, but that no Order of Garnishment was entered, directs the parties to show cause, if any there be, why an Order of Garnishment should not issue. Any such showing shall be filed with the Court on or before September 21, 2007. Absent sufficient showing, an Order of Garnishment will issue after that date.

    **IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren  
                                                **JIMM LARRY HENDREN**  
                                                **UNITED STATES DISTRICT JUDGE**