```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

    **v.**                          **Criminal NO. 02-50001-001**

**DEAN MANGUM**                                                    **DEFENDANT**

  **and**

**UARK FEDERAL CREDIT UNION**                                       **GARNISHEE**

## ORDER OF GARNISHMENT

      A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the garnishee has filed an Amended Answer to the Writ stating that at the time of the service of the Writ it had in its possession, custody or control, personal property belonging to and due defendant, and that garnishee was indebted to defendant.

      On September 9, 2002, the defendant was notified of his right to a hearing and did not request a hearing to determine exempt property.

      On September 7, 2007, the Court issued an Order directing the parties to show cause, if any there be, why an Order of Garnishment should not issue.  Defendant responded only that he was making monthly payments toward the restitution that had been ordered in this case.  The Court does not find that sufficient justification to withhold the Order of Garnishment.

      **IT IS THEREFORE ORDERED** that garnishee pay to the plaintiff the funds currently in its possession belonging to the defendant.

Payments should be made payable to the United States District Court Clerk and mailed to P. O. Box 1547, Fort Smith, Arkansas 72902.

**IT IS SO ORDERED,** this 21st day of December, 2007.

                                         **/s/ Jimm Larry Hendren**
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**